**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANTOINE GOFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-1158-J |
| | ) |
| SCOTT CROW, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Antoine Goff, a state prisoner proceeding pro se, initiated this civil-rights action under 42 U.S.C. § 1983 in December 2023. [Doc. No. 1]. The Court referred the matter to United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636, and the case was later transferred to United States Magistrate Judge Chris M. Stephens. *See* [Doc. Nos. 5, 28].

On May 12, 2025, Judge Stephens issued a Report and Recommendation recommending that the Court grant summary judgment to all Defendants as to all claims on the ground that Plaintiff failed to exhaust administrative remedies. Specifically, Judge Stephens recommended that the Court (1) convert Scott Crow's motion to dismiss [Doc. No. 36] to a motion for summary judgment and grant it; (2) grant Amber Martin, Mark Bowen, FNU Lynch, FNU Russell, and FNU Henderson's (collectively, the GEO Group) motion for summary judgment [Doc. No. 39]; and (3) grant summary judgment to FNU Hogen and FNU Baker—who were never served and did not appear—on the basis that Plaintiff's failure to exhaust bars his claims against them as well. *See* [Doc. No. 40].

Judge Stephens advised that any objection to the Report and Recommendation must be filed by June 2, 2025. *See id.* No party, including Plaintiff, filed an objection. Plaintiff has

therefore waived appellate review of the factual and legal issues addressed in the Report and Recommendation.  *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 40], CONVERTS Crow's motion to dismiss [Doc. No. 36] to a motion for summary judgment and GRANTS it; GRANTS the GEO Group's motion for summary judgment [Doc. No. 39]; and GRANTS summary judgment to FNU Hogen and FNU Baker.  This disposes of all claims asserted in Plaintiff's § 1983 complaint.  A separate judgment will follow.

IT IS SO ORDERED this 13th day of June, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE